

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

William Anderson and Aisha Henderson, Appellants

No. 06-16-00066-CV        v.

Donelaine Dixon, Appellee

Appeal from the County Court at Law No. 1 of Dallas County, Texas (Tr. Ct. No. CC-16-00578-A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellants, William Anderson and Aisha Henderson, pay all costs of this appeal.

RENDERED DECEMBER 16, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk